IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ALICIA WILSON, | § | |
|---|---|---|
| | § | |
| *Plaintiff* | § | |
| v. | § | C.A. NO. 4:18-cv-03673 |
| | § | |
| | § | |
| EZ EXIT NOW, LLC., | § | |
| | § | |
| | § | |
| *Defendants* | § | |

## INTIAL DISCLOSURE OF INTERESTED PARTIES

COMES NOW Defendant, Ez Exit Now and provides the following Initial Disclosure of Interested Parties:

No other interested party.

DATE: January 25, 2019         */s/  Colleen M. McClure*
**Colleen M. McClure**
Attorney at Law
SBN: 24012121
4201 Cypress Creek Parkway
Suite 565
Houston, Texas 77068
(281) 440-1625 (Telephone)
(281) 946-5627 (Facsimile)
colleen.mcclure@att.net

ATTORNEY FOR DEFENDANT