IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA WILSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-18-3673 |
| EZ EXIT NOW, LLC, | § § § | |
| Defendant. | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the court is the Magistrate Judge's Memorandum and Recommendation denying Defendant's motion to dismiss (Dkt. 6) and granting Plaintiff's motion to strike (Dkt. 7). Dkt. 22. Defendant filed objections to the Memorandum and Recommendation. Dkt. 23. Plaintiff has not filed a response to Defendant's objections.

A party may file objections to a Magistrate Judge's ruling within fourteen days of being served with a copy of a written order. Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1)(C). The standard of review used by the district court depends on whether the Magistrate Judge ruled on a dispositive or non-dispositive motion. *See* Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1)(C). District courts must determine de novo any part of the Magistrate Judge's disposition to which there is a timely objection. *See* Fed. R. Civ. P. 72 (b)(3).

The court has conducted a de novo review of the motions and supporting briefs, Memorandum and Recommendation, and Defendant's objections. The court concludes that Plaintiff has sufficiently alleged a claim for relief under Title VII. Defendant may challenge the factual sufficiency of Plaintiff's claims in a timely filed motion pursuant to Federal Rule of Civil Procedure 56.

Defendant's objections are **OVERRULED**. The Memorandum and Recommendation is **ADOPTED IN FULL**.

Signed in Houston, Texas on June 12, 2019.

_____
Gray H. Miller
Senior United States District Judge

2